# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ROY EDMOND HAYWORTH                                                                    PLAINTIFF

VS.                                        4:18-CV-00800-BRW

MAXWELL, Warden SWACC                                                                  DEFENDANT

## ORDER

On October 26, 2018, Plaintiff, who is resident of Rogers, Arkansas, filed a motion to proceed *in forma pauperis* and a complaint. The named Defendants are the warden, doctors, and nurses of the Southwest Arkansas Community Correction Center, in Texarkana, Arkansas.

Texarkana and Rogers are located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Texarkana Division.

IT IS SO ORDERED this 30th day of October, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE